**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

SHAWN RENE GRANTHAM,

    Plaintiff,

v.                                        No. CV 18-620 CG

NANCY A. BERRYHILL,
Deputy Commissioner for Operations
Of Social Security Administration,

    Defendant.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Briefing Deadlines*, (Doc. 19), filed November 6, 2018. The Court, having read the Motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reserve or Remand Administrative Agency Decision on or before **November 27, 2018**;

2. Defendant shall file a Response on or before **January 28, 2019**; and

3. Plaintiff may file a Reply on or before **February 11, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE