## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SHAWN RENE GRANTHAM,

        Plaintiff,

v.                                                                No. CV 18-620 CG

NANCY A. BERRYHILL,
Deputy Commissioner for Operations
Of Social Security Administration,

        Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court upon review of the record. Plaintiff filed its *Motion to Remand to Agency with Supporting Memorandum*, (Doc. 21), on November 21, 2018. Defendant's response to Plaintiff's motion was due January 28, 2019. *See* (Doc. 20). No response has yet been filed.

**IT IS THEREFORE ORDERED** that, on or before **February 4, 2019**, Defendant shall file a response to Plaintiff's motion or request an extension of time advising the Court of the reason for delay.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE