# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SHAWN RENE GRANTHAM,

      Plaintiff,

v.                                                                 No. CV 18-620 CG

NANCY A. BERRYHILL,
Deputy Commissioner for Operations
Of Social Security Administration,

      Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 22), filed January 31, 2019, and Defendant's *Unopposed Motion for Extension of Time*, (Doc. 24), filed February 1, 2019. The Court ordered Defendant to show cause why it had not timely filed a Response to Plaintiff's *Motion to Reverse and Remand the Agency's Administrative Decision*, (Doc. 21). (Doc. 22). Defendant notified the Court of its reason for delay and promptly filed a request for an extension of time, (Doc. 24).

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 22), is **QUASHED**. The Court will enter a separate order granting Defendant's *Unopposed Motion for Extension of Time*, (Doc. 24).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE