IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAWN RENE GRANTHAM,

    Plaintiff,

v.                                                               No. CV 18-620 CG

NANCY A. BERRYHILL,
Deputy Commissioner for Operations
Of Social Security Administration,

    Defendant.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion for Extension of Time*, (Doc. 24), filed February 1, 2019. The Court, having read the Motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Defendant shall file a Response to Plaintiff's *Motion to Reverse and Remand the Agency's Administrative Decision*, (Doc. 21), on or before **February 11, 2019**; and

2. Plaintiff may file a Reply on or before **February 25, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE